1  VICKI H. YOUNG
   Law Office of Vicki H. Young
2  706 Cowper Street, Suite 205
   Palo Alto, California 94301
3  Telephone (415) 421-4347

4  Counsel for Defendant Salvador Rangel

5

6

7              IN THE UNITED STATES DISTRICT COURT

8            FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10

11 UNITED STATES OF AMERICA,    )    No. CR 08-00775 JF
                                )
12         Plaintiff,            )    STIPULATION TO CONTINUE
                                )    SENTENCING HEARING;
13         vs.                   )    [PROPOSED] ORDER
                                )
14 SALVADOR RANGEL,             )
                                )
15         Defendant.            )
                                )
16

17     It is hereby stipulated between the United States of America, by and through Assistant

18 United States Attorney Jeffrey Schenk and defendant Salvador Rangel, by and through his attorney

19 VICKI H. YOUNG, that the sentencing hearing currently set for May 27, 2009, be continued to June

20 10, 2009. The reason for this continuance is that defense counsel need additional time to obtain

21 documents to assist in the preparation of presentence report.

22     Probation Officer Waseem Iqbal has been advised of this continuance, and he has no

23 objection to the continuance.

24 ///

25 ///

26

   STIP AND [PROPOSED]  ORDER
                                    - 1 -

It is so stipulated.

Dated: March 26, 2009                                       Respectfully submitted,


      /s/ Vicki H. Young
VICKI H. YOUNG
Attorney for Salvador Rangel


Dated: April 3, 2009                                        JOSEPH P. RUSSIONIELLO
                                                                       United States Attorney


  Jeffrey Schenk
JEFFREY SCHENK
Assistant United States Attorney


## [PROPOSED] ORDER

GOOD CAUSE BEING SHOWN, the sentencing date for Salvador Rangel is continued to June 10, 2009, at 9:00 a.m.

IT IS SO ORDERED.

DATED: 4/9/09

JEREMY FOGEL
United States District Judge.

STIP AND [PROPOSED] ORDER

- 2 -