```
VICKI H. YOUNG
Law Offices of Vicki H. Young
706 Cowper Street, Suite 205
Palo Alto, California 94301

Telephone (415) 421-4347

Counsel for Salvador Rangel
```

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 08-00775 JF |
| Plaintiff, ) | STIPULATION RE CONTINUANCE OF SENTENCING DATE; |
| v. ) | [PROPOSED] ORDER |
| SALVADOR RANGEL, ) | |
| Defendant. ) | |

It is hereby stipulated between the defendant Salvador Rangel, by and through his attorney of record VICKI H. YOUNG, and the government, through Assistant United States Attorney Jeffrey Schenk, that the sentencing date of June 10, 2009, at 9:00 a.m. be continued to July 8, 2009, at 9:00 a.m.

The reason for this continuance is that the defense counsel needs additional time to obtain police reports from the Salinas Police Department and to prepare a sentencing memorandum.

///

///

STIPULATION RE CONTINUANCE;
[PROPOSED] ORDER
- 1 -

1  U.S. Probation Officer Waseem Iqbal has been notified of this continuance and has no
2  objection to the new date.
3  It is so stipulated.

4  Dated:      May 29, 2009                    Respectfully submitted,

6
7                                               /s/ Vicki H. Young
                                                VICKI H. YOUNG, ESQ.
                                                Attorney for Salvador Rangel
8

9  Dated:      May 29, 2009                    JOSEPH RUSSIONELLO
                                                UNITED STATES ATTORNEY
10

11
                                                 /s/   Jeffrey Schenk
12                                              JEFFREY SCHENK
                                                Assistant United States Attorney
13

**PROPOSED ORDER**

GOOD CAUSE BEING SHOWN, the sentencing date of June 10, 2009, is continued to July 8, 2009.

IT IS SO ORDERED.

DATED: 6/4/09

_____
JEREMY FOGEL
UNITED STATES DISTRICT JUDGE

STIPULATION RE CONTINUANCE;
[PROPOSED] ORDER
                                                - 2 -