VICKI H. YOUNG
Law Offices of Vicki H. Young
706 Cowper Street, Suite 205
Palo Alto, California 94301

Telephone (415) 421-4347

Counsel for Salvador Rangel

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SALVADOR RANGEL,<br><br>　　　　　Defendant. | No. CR 08-00775 JF<br><br>STIPULATION RE CONTINUANCE OF SENTENCING DATE;<br>[PROPOSED] ORDER |

　　It is hereby stipulated between the defendant Salvador Rangel, by and through his attorney of record VICKI H. YOUNG, and the government, through Assistant United States Attorney Jeffrey Schenk, that the sentencing date of July 8, 2009, at 9:00 a.m. be continued to July 22, 2009, at 9:00 a.m.

　　The reason for this continuance is that Mr. Rangel's family from Mexico would like to attend the sentencing hearing, and they need a few more weeks to make the necessary travel arrangements.

///

///

STIPULATION RE CONTINUANCE;
[PROPOSED] ORDER

- 1 -

U.S. Probation Officer Waseem Iqbal has been notified of this continuance and has no objection to the new date.

It is so stipulated.

Dated: June 9, 2009             Respectfully submitted,

  /s/ Vicki H. Young
VICKI H. YOUNG, ESQ.
Attorney for Salvador Rangel

Dated: June 10, 2009            JOSEPH RUSSIONELLO
                                UNITED STATES ATTORNEY

  /s/   Jeffrey Schenk
JEFFREY SCHENK
Assistant United States Attorney

**PROPOSED ORDER**

GOOD CAUSE BEING SHOWN, the sentencing date of July 8, 2009, is continued to July 22, 2009.

IT IS SO ORDERED.

DATED: 6/22/09

JEREMY FOGEL
UNITED STATES DISTRICT JUDGE

STIPULATION RE CONTINUANCE;
[PROPOSED] ORDER